# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00249-CV

**Michael Franzak, Appellant**

**v.**

**Cielo Multi Family LLC d/b/a Cielo Apartments, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-15-002921, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Michael Franzak filed his notice of appeal on April 30, 2015. The record was completed on July 10, 2015, making appellant's brief due on August 9, 2010. See Tex. R. App. P. 38.6(a). On August 25, we sent appellant notice that his brief was overdue, requesting a response by September 4. To date, appellant has not filed his brief or otherwise responded to our notice. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Prosecution

Filed:   September 30, 2015